IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. 3:05CV00290  JLH |
| | ) |
| **CLINTON GORDON, Individually and on behalf** | ) |
| **of the ESTATE OF MYRTLE R. GORDON,** | ) |
| **Deceased; CHICKASAW CHEMICAL CO., INC.;** | ) |
| **FARM PLAN CORPORATION; and EPHRON** | ) |
| **LEWIS, SR.** | ) |

**ORDER CONFIRMING MARSHAL'S SALE**

Now on this day there is presented to the Court the report of sale of the Acting United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on June 9, 2006.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Crittenden County, Arkansas, for four consecutive weeks, the last publication being on July 28, 2006, and that said sale was held at Marion, Arkansas, on August 9, 2006, at 10:00 a.m., in conformity with the judgment of this Court.  At such sale **John Powell Jenkins and James G. Buffington** bid the sum of $26,468.00, and that being the highest and best bid offered, the property was then sold to **John Powell Jenkins and James G. Buffington**.

IT IS, THEREFORE, ORDERED that the actions of the Actomg United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $26,468.00, less the expense items approved shall be paid to the United States of America, and U.S. Department of Agriculture, Rural Development.  The expense items reported by the Acting United States Marshal in the amount of $85.00 are hereby approved by the

Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto.  The Acting United States Marshal is directed forthwith to deliver the deed to the purchasers named in his report of sale and that they be given possession of said property on demand.  The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the Acting United States Marshal, who shall proceed to place the purchasers in possession of the property.

DATED:  August 21, 2006

_____
UNITED STATES DISTRICT JUDGE