## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

UNITED STATES OF AMERICA )
)
v.                                                              ) No. 3:05CV00290 JLH
)
CLINTON GORDON, Individually and on behalf )
of the ESTATE OF MYRTLE R. GORDON, )
Deceased; CHICKASAW CHEMICAL CO., INC.; )
FARM PLAN CORPORATION; and EPHRON )
LEWIS, SR. )

### ORDER APPROVING MARSHAL'S DEED

On this day Clifton T. Massanelli, Acting United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to **John Powell Jenkins and James G. Buffington**, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Acting United States Marshal acknowledges that he has executed said deed to the purchasers for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: August 21, 2006

*J. Leon Holmes*

UNITED STATES DISTRICT JUDGE

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 3:05CV00290 JLH pending in the United States District Court for the Eastern District of Arkansas, Jonesboro Division, wherein United States of America was plaintiff and Clinton Gordon, Individually and on behalf of the Estate of Myrtle R. Gordon, Deceased; Chickasaw Chemical Co., Inc.; Farm Plan Corporation; and Ephron Lewis, Sr. were defendants, a judgment was entered on June 9, 2006, directing the foreclosure of a certain mortgage executed by Clinton Gordon and Myrtle R. Gordon to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Clifton T. Massanelli, Acting United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on August 9, 2006, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale John Powell Jenkins and James G. Buffington were the highest and best bidders, bidding for said property the sum of $ 26,468.00, the property then being struck off to **John Powell Jenkins and James G. Buffington**; and

WHEREAS, such sale was duly reported to the above Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the

undersigned Acting United States Marshal hereby grants, sells and conveys unto **John Powell**

**Jenkins and James G. Buffington**, and their heirs and assigns forever, all of the right, title,

interest, equity and estate of plaintiff, U.S. Department of Agriculture, Rural Development, and

all defendants to this action in and to the following property situated in Crittenden County,

Arkansas, to wit:

**A tract of land lying in the Southeast Quarter (SE¼) of Section 3, Township 7 North, Range 6 East, Crittenden County, Arkansas, more particularly described as follows: Beginning at the Northwest corner of the Southeast Quarter of said Section 3; thence North 89 degrees 57 minutes East along the North line of said Southeast Quarter, a distance of 1274.1 feet; thence South 48 degrees 12 minutes East a distance of 1811.9 feet to the East line of said Section 3; thence South 0 degrees 50 minutes West along said East section line, a distance of 500.3 feet to the center line of a canal; thence south 34 degrees 22 minutes west, a distance of 878.1 feet to the center line of Bay Ferry Road; thence following the center line of said road, North 25 degrees 35 minutes west, a distance of 500.0 feet; thence North 41 degrees 54 minutes west a distance of 300.0 feet; thence North 63 degrees 02 minutes west, a distance of 839.6 feet; thence North 38 degrees 41 minutes west a distance of 373.2 feet; thence North 7 degrees 39 minutes west a distance of 400.0 feet; thence North 39 degrees 12 minutes west a distance of 130.0 feet; thence North 53 degrees 29 minutes west, a distance of 397.0 feet; thence North 80 degrees 36 minutes west, a distance of 275.0 feet to the West line of said Southeast Quarter; thence leaving the center line of said Bay Ferry Road North 0 degrees 19 minutes East, a distance of 306.9 feet to the point of beginning.**

TO HAVE AND TO HOLD the said property unto **John Powell Jenkins and James G.**

**Buffington** and their heirs and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 18TH day of August,

2006.

Clifton T. Massanelli
Acting United States Marshal

PREPARED BY:
Fletcher Jackson
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR  72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS      )
                                   )

COUNTY OF PULASKI      )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, Clifton T. Massanelli, Acting United States Marshal for the Eastern District of Arkansas, who stated and acknowledged (according to § 16-47-207) to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 18th day of August, 2006, set my hand and official seal as such Notary Public.



Notary Public

My Commission Expires:

LINDA L. BINZ
Pulaski County
My Commission Expires
December 22, 2009