IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05CV00290  JLH |
| | ) | |
| CLINTON GORDON, Individually and on behalf | ) | |
| of the ESTATE OF MYRTLE R. GORDON, | ) | |
| Deceased; CHICKASAW CHEMICAL CO., INC.; | ) | |
| FARM PLAN CORPORATION; and EPHRON | ) | |
| LEWIS, SR. | ) | |

**PARTIAL ORDER OF DISTRIBUTION**

On August 9, 2006, at 10:00 a.m., at the front entrance of the Crittenden County Courthouse, Marion, Arkansas, the Acting U.S. Marshal offered for sale the lands described in the judgment entered on June 9, 2006.  At such sale, **John Powell Jenkins and James G. Buffington** were the highest and best bidders for the property, and the property was then sold to **John Powell Jenkins and James G. Buffington**.

On August 15, 2006, the Acting U.S. Marshal received **$26,487.59** from John Powell Jenkins and James G. Buffington for payment in full.

In accordance with the terms of the judgment, it is hereby ORDERED that the U.S. Marshal disburse the above-mentioned funds as follows:

| | |
|---|---|
| U.S. Department of Agriculture<br>Rural Development<br>3416 Federal Building, 700 West Capitol<br>Little Rock, AR  72201 | $       13,533.29 |
| U.S. Marshal's Office | $            268.95 |
| U.S. Attorneys Office<br>P.O. Box 1229<br>Little Rock, AR 72203 | $            697.00 |
| | $       14,605.29 |

and notify Fletcher Jackson, Assistant United States Attorney, by sending copy of same.

The funds remaining ($11,882.30) should be paid into the registry of the U.S. District Court pending further orders of the Court.

DATED: November 15, 2006

_____
UNITED STATES DISTRICT JUDGE