IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) No. 3:05CV00290  JLH |
| | ) |
| **CLINTON GORDON, Individually and on behalf** | ) |
| **of the ESTATE OF MYRTLE R. GORDON,** | ) |
| **Deceased; CHICKASAW CHEMICAL CO., INC.;** | ) |
| **FARM PLAN CORPORATION; and EPHRON** | ) |
| **LEWIS, SR.** | ) |

## ORDER

In its Order of November 15, 2006, this Court directed that $11,882.30 from the sale of lands sold to John Powell Jenkins and James G. Buffington should be paid into the registry of the U.S. District Court.  Document #24.  These funds should be deposited into an interest-bearing account.

IT IS SO ORDERED this 16th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE